AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Zachary Zurek Telephone: (313) 226-9100
Special Agent: Dustin Swensson Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kevin Charles Cathcart

Case No.: 26-mj-30644

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 1, 2026 - Present in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child Pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Dustin Swensson, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 13, 2026

[signature]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Kevin Charles CATHCART for violations of 18

U.S.C. § 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that CATHCART has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6. In 2026, FBI Detroit interviewed SUBJECT-1, an individual connected to a different investigation, who provided information on an individual named "Kevin." SUBJECT-1 claimed they met up with "Kevin" in-person for sex; that SUBJECT-1 and "Kevin" watched child pornography together; that during one of their in-person meetings, "Kevin" was on a Snapchat "live" call with someone "Kevin" claimed was a 16 or 17-year-old boy, who was masturbating; that the youngest person with whom "Kevin" had sex was 12 years old; and that "Kevin" told SUBJECT-1 that he was an umpire for little league baseball.

7. FBI was able to access a chat on a dating website where SUBJECT-1 and "Kevin" communicated. In the chat, which occurred between May and June of

2026, the user ID suspected to belong to CATHCART says, among other things, "face fuck my pedo mouth," "I had to umpire a baseball game," and "I was umpiring at thet [sic] time 12u mmmmmmm[.]" Based on my training and experience, and the interview with SUBJECT-1, I understand CATHCART's first message to be an admission that CATHCART is a pedophile and is sexually attracted to children, and the last message to be referring to 12-year-olds who play baseball.

8. Separate from the information the FBI obtained from SUBJECT-1, Homeland Security Investigations (HSI) in Detroit conducted an independent investigation into CATHCART.

9. In March 2026, an HSI Special Agent operating in an undercover capacity (UCA) engaged in a chat on Telegram, an encrypted messaging application, with display name "Kevin C", later identified as CATHCART. During this chat CATHCART sent UCA two videos which I have reviewed, and which meet the federal definition of child pornography. Below is an excerpt of the chat between CATHCART and UCA:

**UCA:** What kinda stuff you got on here ;)

**Kevin C:** *[sends a one minute fifteen second video which depicts an adult man anally penetrating two prepubescent boys with his penis]*

**UCA:** mmmm dirty how old you think

**Kevin C:** 6-9

**…**

**Kevin C:** *[sends a one minute thirty second video which depicts a minor boy being anally penetrated by the penis of an unknown individual]*

10. Information received from Telegram, pursuant to a subpoena, listed telephone number XXX-XXX-7987 as being connected to the "Kevin C" Telegram account. IP address XX.XX.XXX.65 was also associated with the same account.

11. Information received from AT&T, pursuant to a subpoena, identified the subscriber for IP address XX.XX.XXX.65 as Kevin CATHCART of an identified address in Waterford, Michigan.

12. Information received from the dating website that SUBJECT-1 used to communicate with CATHCART shows that the identified user ID is associated with a Gmail account and IP address XX.XX.XXX.93.

13. Information received from an internet service provider, pursuant to an administrative subpoena, identified the subscriber for IP address XX.XX.XXX.93 as Kevin CATHCART of an identified address in Waterford.

14. Information received from Google, pursuant to an administrative subpoena, identified the subscriber for the identified Gmail account as Kevin CATHCART. The email address was created on or around 2/14/2016 and was associated with recovery telephone number XXX-XXX-7987.

15. FBI eventually identified telephone number XXX-XXX-7987, through records from a cell phone provider, as belonging to Kevin CATHCART of an identified address in Waterford.

16. According to information from the Michigan Secretary of State, CATHCART's Michigan driver's license lists the identified address in Waterford, Michigan as his address. CATHCART's license was issued on January 28, 2026, and expires on January 25, 2030. Location data from CATHCART's cell phone has consistently placed him in the vicinity of the identified address in Waterford.

## CONCLUSION

17. Based on the foregoing, there is probable cause to believe that Kevin Charles CATHCART committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: October 13, 2026